UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRIN ROBINSON                                CIVIL ACTION

VERSUS                                         NO: 04-1285

JAMES M. LEBLANC, WARDEN                       SECTION: R(5)


**ORDER**

The Court has reviewed *de novo* the petition for *habeas corpus*, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 21st day of February, 2008.

_____*Sarah Vance*_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE